Case 2:06-cv-15464-BAF-SDP   ECF No. 10, PageID.60   Filed 07/06/07   Page 1 of 8



CITY OF DETROIT

STATE OF MICHIGAN

COMPLAINANT:      KIM,CHANG,D

JACKSON,MARCUS,                      LPD NUMBER 468381

DATE OF EVENT                          EVENT DESCRIPTION

JANUARY    3, 2001       WARRANT ISS
                         WARRANT RECOMMENDED
                         JUDGE: PROSECUTOR
                         REPORTER: ** UNKNOWN REPORTER

JANUARY    4, 2001       WARRANT       NO BOND SET
                         SIGNED WARRANT
                         JUDGE: ADAMS,DEBORAH ROSS
                                              NO CHANGE
                         REPORTER: UNREPORTED,                          CERT#: 3001

JANUARY    6, 2001       ARR-WRNT      REMANDED TO JAIL - NO BOND
                         DEFENDANT STANDS MUTE; PLEA OF NOT GUILTY ENTERED BY COURT
                         AT THE REQUEST OF THE COURT
                         JUDGE: SHANNON,THOMAS JAMES
                                              NO CHANGE
                         REPORTER: UNREPORTED,                          CERT#: 3001

JANUARY    6, 2001       FILING        REMANDED WITHOUT BOND
                         FILED
                         JUDGE: SHANNON,THOMAS JAMES
                         REPORTER: ** UNKNOWN REPORTER
                         DEFENDANT WAS REMANDED WITHOUT BOND
                         NEXT SCHEDULED PROCEEDING:
                             EXAM-AM
                             ON JANUARY  18, 2001    BEFORE JUDGE FELONY,UNASSIGNED,

JANUARY   18, 2001       EXAM          BOND SET
                         PROCEEDING WAS ADJOURNED
                         AT THE REQUEST OF THE COURT
                         JUDGE: ATKINS,MARYLIN E
                         ASSIGNED COUNSEL   :   CUNNINGHAM,RICHARD L
                         PROSECUTION        :   FURTAW,THOMAS,
                         REPORTER: KING,VICTORIA,                       CERT#: 0000
                         BAIL WAS FIXED AT   $1,000,000.00 10% BOND

JANUARY   18, 2001       FILING        TO LOWER BOND
                         SIGNED AND FILED
                         JUDGE: ATKINS,MARYLIN E
                         REPORTER: ** UNKNOWN REPORTER
                         BAIL WAS FIXED AT           $0.00
                         NEXT SCHEDULED PROCEEDING:
                             EXAM-PM
                             ON FEBRUARY  16, 2001    BEFORE JUDGE JEFFERSON,PATRICIA,

FEBRUARY  16, 2001       EXAM          BOND CONTINUED

                         (C O N T I N U E D)

*Marcus Jackson v. Linda Metrish*
USDC #2:06-CV-15464
**HONORABLE BERNARD A. FRIEDMAN**

Case 2:06-cv-15464-BAF-SDP   ECF No. 10, PageID.61   Filed 07/06/07   Page 2 of 8

CITY OF DETROIT

STATE OF MICHIGAN

COMPLAINANT:     KIM,CHANG,D

JACKSON,MARCUS,                          LPD NUMBER 468381

DATE OF EVENT                       EVENT DESCRIPTION

PROCEEDING HELD; DEFENDANT WAS BOUND OVER
JUDGE: JEFFERSON,PATRICIA,
ASSIGNED COUNSEL  :    CUNNINGHAM,RICHARD L
PROSECUTION       :    DAKMAK,JOHN,
REPORTER: CHARLESWORTH,PE                              CERT#: 0314
BAIL WAS FIXED AT          $0.00

FEBRUARY  16, 2001     FILING        APPEARANCE BY A RETAINED ATTORNEY
FILED
BOND CONTINUED
JUDGE: JEFFERSON,PATRICIA,
ASSIGNED COUNSEL  :    CUNNINGHAM,RICHARD L
PROSECUTION       :    DAKMAK,JOHN,
REPORTER: ** UNKNOWN REPORTER

FEBRUARY  16, 2001     FILING        TRIAL DOCKET
FILED
JUDGE: ** UNKNOWN JUDGE
PROSECUTION       :    DAKMAK,JOHN,
REPORTER: ** UNKNOWN REPORTER
NEXT SCHEDULED PROCEEDING:
    ARRAIGNMENT ON INFORMATION
    ON MARCH      2, 2001    BEFORE JUDGE HOOD,KAREN FORT

FEBRUARY  26, 2001     ASSGNMNT      BOND CONTINUED
TRIAL DOCKET
JUDGE: TEMP JUDGE ASG - AOI
                        NO CHANGE
REPORTER: UNREPORTED,                                 CERT#: 3001
BAIL WAS FIXED AT          $0.00
NEXT SCHEDULED PROCEEDING:
    ARRAIGNMENT ON INFORMATION
    ON MARCH      2, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

MARCH      2, 2001     ARR-INFO      BOND CONTINUED
HELD
JUDGE: HATHAWAY,CYNTHIA,GRAY
                        NO CHANGE
PROSECUTION       :    CAMERON,THOMAS
REPORTER: MERRITT,GLENDA,                              CERT#: 6566
BAIL WAS FIXED AT          $0.00
NEXT SCHEDULED PROCEEDING:
    CAL-CONF
    ON MARCH      30, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

MARCH      30, 2001    DSPN CONF     BOND CONTINUED

(C O N T I N U E D)

CITY OF DETROIT

STATE OF MICHIGAN

COMPLAINANT:     KIM,CHANG,D

JACKSON,MARCUS,                          LPD NUMBER 468381

DATE OF EVENT                    EVENT DESCRIPTION

HELD
JUDGE: HATHAWAY,CYNTHIA,GRAY
                          NO CHANGE
PROSECUTION        :    CAMERON,THOMAS
REPORTER: MERRITT,GLENDA,                          CERT#: 6566
BAIL WAS FIXED AT          $0.00
NEXT SCHEDULED PROCEEDING:
    MOTION
    ON MAY        24, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

MAY        24, 2001       FINAL-CONF    BOND CONTINUED
                          HELD
                          JUDGE: SANBORN,KENNETH N
                                            NO CHANGE
                          PROSECUTION        :     CAMERON,THOMAS
                          REPORTER: MERRITT,GLENDA,                          CERT#: 6566
                          BAIL WAS FIXED AT          $0.00
                          NEXT SCHEDULED PROCEEDING:
                              MOTION
                              ON JULY       16, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

JULY       16, 2001       MOTION        BOND CONTINUED
                          PROCEEDING WAS ADJOURNED
                          AT THE REQUEST OF THE DEFENSE
                          JUDGE: HATHAWAY,CYNTHIA,GRAY
                                            NO CHANGE
                          PROSECUTION        :    LESS,DANIEL E
                          REPORTER: MERRITT,GLENDA,                          CERT#: 6566
                          BAIL WAS FIXED AT          $0.00
                          NEXT SCHEDULED PROCEEDING:
                              MOTION
                              ON JULY       17, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

JULY       17, 2001       MOTION        BOND CONTINUED
                          HELD
                          JUDGE: SANBORN,KENNETH N
                                            NO CHANGE
                          PROSECUTION        :     FURTAW,THOMAS,
                          REPORTER: MERRITT,GLENDA,                          CERT#: 6566
                          BAIL WAS FIXED AT          $0.00
                          NEXT SCHEDULED PROCEEDING:
                              JURY TRIAL
                              ON AUGUST       1, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

AUGUST      1, 2001       JURY TRIAL   BOND CONTINUED
                          PROCEEDING WAS ADJOURNED

                          (C O N T I N U E D)

Case 2:06-cv-15464-BAF-SDP   ECF No. 10, PageID.62   Filed 07/06/07   Page 3 of 8

Case 2:06-cv-15464-BAF-SDP   ECF No. 10, PageID.63   Filed 07/06/07   Page 4 of 8

CITY OF DETROIT

STATE OF MICHIGAN

COMPLAINANT:     KIM,CHANG,D

JACKSON,MARCUS,                          LPD NUMBER 468381

DATE OF EVENT                       EVENT DESCRIPTION

COUNSEL IN TRIAL
JUDGE: O'HAIR,JOHN D
                              NO CHANGE
PROSECUTION          :     FURTAW,THOMAS,
REPORTER: MERRITT,GLENDA,                      CERT#: 6566
BAIL WAS FIXED AT           $0.00
NEXT SCHEDULED PROCEEDING:
    JURY TRIAL
    ON AUGUST     2, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

AUGUST     2, 2001     JURY TRIAL    BOND CONTINUED
PROCEEDING WAS ADJOURNED
COUNSEL IN TRIAL
JUDGE: SANBORN,KENNETH N
                              NO CHANGE
PROSECUTION          :     FURTAW,THOMAS,
REPORTER: MERRITT,GLENDA,                      CERT#: 6566
BAIL WAS FIXED AT           $0.00
NEXT SCHEDULED PROCEEDING:
    JURY TRIAL
    ON AUGUST     6, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

AUGUST     6, 2001     JURY TRIAL    BOND CONTINUED
IN PROGRESS
JUDGE: STEMPIEN,JEANNE
                              NO CHANGE
PROSECUTION          :     FURTAW,THOMAS,
REPORTER: MERRITT,GLENDA,                      CERT#: 6566
BAIL WAS FIXED AT           $0.00
NEXT SCHEDULED PROCEEDING:
    JURY TRIAL
    ON AUGUST     7, 2001    BEFORE JUDGE STEMPIEN,JEANNE

AUGUST     7, 2001     JURY TRIAL    BOND CONTINUED
IN PROGRESS
JUDGE: STEMPIEN,JEANNE
                              NO CHANGE
PROSECUTION          :     FURTAW,THOMAS,
REPORTER: MERRITT,GLENDA,                      CERT#: 6566
BAIL WAS FIXED AT           $0.00
NEXT SCHEDULED PROCEEDING:
    JURY TRIAL
    ON AUGUST     8, 2001    BEFORE JUDGE STEMPIEN,JEANNE

AUGUST     8, 2001     JURY TRIAL    REMANDED TO JAIL - NO BOND
IN PROGRESS

(C O N T I N U E D)

Case 2:06-cv-15464-BAF-SDP   ECF No. 10, PageID.64   Filed 07/06/07   Page 5 of 8

CITY OF DETROIT

STATE OF MICHIGAN

COMPLAINANT:    KIM,CHANG,D

JACKSON,MARCUS,           LPD NUMBER 468381

DATE OF EVENT           EVENT DESCRIPTION

```
                              JUDGE: STEMPIEN,JEANNE
                                              NO CHANGE
                              PROSECUTION          :    FURTAW,THOMAS,
                              REPORTER: MERRITT,GLENDA,                      CERT#: 6566
                              NEXT SCHEDULED PROCEEDING:
                                  JURY TRIAL
                                  ON AUGUST     9, 2001    BEFORE JUDGE STEMPIEN,JEANNE

AUGUST     10, 2001           JURY TRIAL    BOND CONTINUED
                              FOUND GUILTY
                              REFERRED TO PROBATION FOR REPORT
                              JUDGE: STEMPIEN,JEANNE
                                              NO CHANGE
                              PROSECUTION          :    FURTAW,THOMAS,
                              REPORTER: MERRITT,GLENDA,                      CERT#: 6566
                              BAIL WAS FIXED AT            $0.00
                              NEXT SCHEDULED PROCEEDING:
                                  SENTENCE
                                  ON AUGUST     22, 2001    BEFORE JUDGE HATHAWAY,CYNTHIA,GRA

AUGUST     21, 2001           FILING        FOR A CONTINUANCE
                              SIGNED AND FILED
                              REMANDED TO JAIL - NO BOND
                              JUDGE: STEMPIEN,JEANNE
                              OTHER                :    SIMONS,JEROME A
                              PROSECUTION          :    STEVENS,ROBERT,A
                              REPORTER: ** UNKNOWN REPORTER

AUGUST     21, 2001           SENTENCE      REMANDED TO JAIL - NO BOND
                              PROCEEDING WAS ADJOURNED
                              A NEEDED REPORT WAS NOT AVAILABLE
                              JUDGE: STEMPIEN,JEANNE
                              OTHER                :    SIMONS,JEROME A
                              PROSECUTION          :    STEVENS,ROBERT,A
                              REPORTER: UNREPORTED,                          CERT#: 3001
                              NEXT SCHEDULED PROCEEDING:
                                  SENTENCE
                                  ON SEPTEMBER 18, 2001    BEFORE JUDGE STEMPIEN,JEANNE

SEPTEMBER 18, 2001            FILING        FOR A CONTINUANCE
                              SIGNED AND FILED
                              REMANDED TO JAIL - NO BOND
                              JUDGE: STEMPIEN,JEANNE
                              OTHER                :    CUNNINGHAM,RICHARD L
                              PROSECUTION          :    STEVENS,ROBERT,A
                              REPORTER: ** UNKNOWN REPORTER

                              (C O N T I N U E D)
```

CITY OF DETROIT

STATE OF MICHIGAN

COMPLAINANT:      KIM,CHANG,D

JACKSON,MARCUS,                          LPD NUMBER 468381

DATE OF EVENT                          EVENT DESCRIPTION

SEPTEMBER 18, 2001          SENTENCE      REMANDED TO JAIL - NO BOND
                           PROCEEDING WAS ADJOURNED
                           COUNSEL IN TRIAL
                           JUDGE: STEMPIEN,JEANNE
                           OTHER             :    CUNNINGHAM,RICHARD L
                           PROSECUTION       :    STEVENS,ROBERT,A
                           REPORTER: UNREPORTED,                              CERT#: 3001
                           NEXT SCHEDULED PROCEEDING:
                               SENTENCE
                               ON SEPTEMBER 19, 2001     BEFORE JUDGE STEMPIEN,JEANNE

SEPTEMBER 19, 2001          SENTENCE      REMANDED TO JAIL - NO BOND
                           SENTENCED
                           WRITTEN NOTICE OF RIGHTS SERVED ON DEFENDANT
                           JUDGE: STEMPIEN,JEANNE
                           OTHER             :    CUNNINGHAM,RICHARD L
                           PROSECUTION       :    STEVENS,ROBERT,A
                           REPORTER: COBB,LAUREN,                             CERT#: 3485

| CURRENT CHARGE: | 750.316-B | HOMICDE-FL MRD | GUILTY |
| CURRENT CHARGE: | 750.83 | ASLT WI MRD | GUILTY |
| CURRENT CHARGE: | 750.83 | ASLT WI MRD | DISMISSED |
| CURRENT CHARGE: | 750.529 | R/A | GUILTY |
| CURRENT CHARGE: | 750.227B-A | FELONY FIREARM | GUILTY |
| CURRENT CHARGE: | 750.224F | FA POSS BY FLN | GUILTY |

MARCH      8, 2002          FILING       TRANSCRIPT OF SENTENCE
                           FILED
                           JUDGE: BILL,GREGORY DEAN
                           REPORTER: ** UNKNOWN REPORTER

MARCH     12, 2002          FILING       TRANSCRIPT
                           FILED
                           JUDGE: BILL,GREGORY DEAN
                           REPORTER: ** UNKNOWN REPORTER

MARCH     18, 2003          FILING       MOTION TO AFFIRM
                           SIGNED AND FILED
                           JUDGE: HATHAWAY,CYNTHIA,GRAY
                           REPORTER: ** UNKNOWN REPORTER

SEPTEMBER 29, 2003          FILING       APPLICATION FOR LEAVE TO APPEAL
                           HEARD AND DENIED
                           JUDGE: HATHAWAY,CYNTHIA,GRAY
                           REPORTER: ** UNKNOWN REPORTER

(C O N T I N U E D)

CITY OF DETROIT

STATE OF MICHIGAN

COMPLAINANT:    KIM,CHANG,D

JACKSON,MARCUS,    LPD NUMBER 468381

| DATE OF EVENT | EVENT DESCRIPTION |
|---|---|
| SEPTEMBER 23, 2004 | FILING    FOR RELIEF FROM JUDGEMENT<br>FILED<br>JUDGE: STEMPIEN,JEANNE<br>REPORTER: ** UNKNOWN REPORTER |
| OCTOBER    8, 2004 | FILING    COURT ORDERS PROSECUTOR TO REPLY<br>SIGNED AND FILED<br>JUDGE: STEMPIEN,JEANNE<br>REPORTER: ** UNKNOWN REPORTER |
| NOVEMBER    5, 2004 | FILING    FOR AN EXTENSION OF TIME<br>FILED<br>JUDGE: HATHAWAY,CYNTHIA,GRAY<br>REPORTER: ** UNKNOWN REPORTER |
| DECEMBER    13, 2004 | FILING    BRIEF OR MEMORANDUM<br>FILED<br>JUDGE: HATHAWAY,DIANE,M<br>REPORTER: ** UNKNOWN REPORTER |
| DECEMBER    13, 2004 | FILING    AFFIDAVIT<br>FILED<br>JUDGE: HATHAWAY,DIANE,M<br>REPORTER: ** UNKNOWN REPORTER |
| DECEMBER    13, 2004 | FILING    DEFENSE REPLY<br>FILED<br>JUDGE: HATHAWAY,DIANE,M<br>REPORTER: ** UNKNOWN REPORTER |
| FEBRUARY    9, 2005 | FILING    FOR DISCOVERY<br>DENIED<br>JUDGE: STEMPIEN,JEANNE<br>REPORTER: ** UNKNOWN REPORTER |
| FEBRUARY    9, 2005 | FILING    FOR AN EVIDENTIARY HEARING<br>DENIED<br>JUDGE: STEMPIEN,JEANNE<br>REPORTER: ** UNKNOWN REPORTER |
| FEBRUARY    9, 2005 | FILING    FOR RELIEF FROM JUDGEMENT<br>DENIED<br>JUDGE: STEMPIEN,JEANNE<br>REPORTER: ** UNKNOWN REPORTER |
| NOVEMBER    29, 2006 | FILING    FOR DISCOVERY |

(C O N T I N U E D)

Case 2:06-cv-15464-BAF-SDP    ECF No. 10, PageID.66    Filed 07/06/07    Page 7 of 8

CITY OF DETROIT

STATE OF MICHIGAN

COMPLAINANT:     KIM,CHANG,D

JACKSON,MARCUS,              LPD NUMBER 468381

DATE OF EVENT             EVENT DESCRIPTION

DENIED BY THE SUPREME COURT
JUDGE: HATHAWAY,CYNTHIA,GRAY
REPORTER: ** UNKNOWN REPORTER

NOVEMBER   29, 2006     FILING       APPLICATION FOR LEAVE TO APPEAL
DENIED BY THE SUPREME COURT
JUDGE: HATHAWAY,CYNTHIA,GRAY
REPORTER: ** UNKNOWN REPORTER

SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.316-B
                      HOMICIDE - FELONY MURDER
       ON SEPTEMBER 19, 2001     BEFORE JUDGE ** UNKNOWN JUDGE
    LIFE SENTENCE
    COMMENTS: I-II-IV-VI R/CNS; 11
SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.83
                      ASSAULT WITH INTENT TO MURDER
       ON SEPTEMBER 19, 2001     BEFORE JUDGE ** UNKNOWN JUDGE
    CONFINEMENT
    TO BE INCARCERATED FOR THE PERIOD    20 YR         TO    30 YR
    IN CONFINEMENT
    COMMENTS: I-II-IV-VI R/CNS; 11
SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.529
                      ROBBERY - ARMED
       ON SEPTEMBER 19, 2001     BEFORE JUDGE ** UNKNOWN JUDGE
    CONFINEMENT
    TO BE INCARCERATED FOR THE PERIOD    15 YR         TO    20 YR
    IN CONFINEMENT
    COMMENTS: I-II-IV-VI R/CNS; 11
SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.227B-A
                      WEAPONS FELONY FIREARM
       ON SEPTEMBER 19, 2001     BEFORE JUDGE ** UNKNOWN JUDGE
    CONFINEMENT LIMITED TO TIME SERVED
    TO BE INCARCERATED FOR THE PERIOD     2 YR         TO
    IN CONFINEMENT LIMITED TO TIME SERVED
    COMMENTS: I-II-IV-VI R/CNS; 73
SENTENCED FOR VIOLATION OF STATUTE/ORDINANCE:750.224F
                      WEAPONS - FIREARMS - POSSESSION BY FELON
       ON SEPTEMBER 19, 2001     BEFORE JUDGE ** UNKNOWN JUDGE
    CONFINEMENT LIMITED TO TIME SERVED
    TO BE INCARCERATED FOR THE PERIOD     3 YR         TO     5 YR
    IN CONFINEMENT LIMITED TO TIME SERVED
    COMMENTS: I-II-IV-VI R/CNS; 11

Case 2:06-cv-15464-BAF-SDP   ECF No. 10, PageID.67   Filed 07/06/07   Page 8 of 8